UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLIE CASTILLO, : | |
| Plaintiff, : | |
| : | |
| v. : | No. 5:19-cv-04002 |
| : | |
| OFFICER BRYAN GUZLEY and : | |
| OFFICER SHADE, : | |
| Defendants. : | |

**O R D E R**

**AND NOW**, this 11th day of January, 2022, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendants' Partial Motion for Summary Judgment, ECF No. 69, is **GRANTED**.

2. **JUDGMENT IS ENTERED** in favor of Defendants and against Plaintiff on all claims but one claim, which remains, that Officer Guzley committed excessive force in violation of the Fourth Amendment.

3. Plaintiff's brief in opposition to the Partial Motion for Summary Judgment, which was incorrectly docketed as a motion, *see* ECF No. 75, is **DENIED**.

4. An Order will be issued setting this case for trial on the remaining claim.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge